FORM B10 (Official Form 10)(10/05)

| U.S. BANKRUPTCY COURT WESTERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Debtor: LaToya S. Fomby<br>Joint Debtor: | Case Number:<br>02-15738B | Chapter:<br>7 |
|---|---|---|

Name of Creditor: Platinum Financial Services

Address where NOTICES should be sent:
[Correct address here if needed]

Platinum Financial Services
702 Kings Farm Blvd.
Rockville, MD 20850

Telephone Number:

Address where PAYMENTS should be sent [if different]

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces or ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   ☐ Goods sold
   ☒ Money loaned
   ☐ Other
   ☐ Services performed
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last 4 digits of SS #: _____
   Unpaid compensation for services performed from
   _____ (date) to _____ (date)

2. Date debt was incurred: 2000

3. If court judgment, date obtained:

4. **Classification of Claim:** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse for explanations.

**Unsecured Non-priority Claim** $ 4,330.00
☒ Check this box if: (a) there is no collateral or lien securing your claim, or (b) your claim exceeds the value of the property securing it, or (c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic Support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ 4,330.00 [unsecured] $ _____ [secured] $ _____ [priority]

Total Amount of the Claim: $ 4,330.00   This claim is filed by the trustee based on information filed by the debtor.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

See additional important information on the back of this form.

Date: 10/27/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*[signature]* as Trustee
Mark J. Schlant, as Trustee for Latoya S. Fomby

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.