**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202
www.nywb.uscourts.gov

| | | |
|---|---|---|
| In Re:<br>  La Toya S. Fomby<br>    aka Latoya S. Fomby, aka Toya La Fomby | SSN/TaxID: xxx–xx–1159 | Case No.: 1–02–15738–CLB<br>Chapter: 7 |
| | Debtor(s) | |

    **PLEASE TAKE NOTICE** that pursuant to §501 of Title 11 of the United States Code, a proof of claim has been filed on behalf of:

    Platinum Financial Services
    702 Kings Farm Blvd.
    Rockville, MD 20850

by    ( )     the debtor or their attorney
       ( X )    the trustee or debtor–in–possession
       ( )     a co–debtor of the debtor

    Said creditor is entitled to file a superceding claim on their own behalf. November 29, 2006 is fixed as the deadline for filing a superseding claim.

    An official form prescribed for filing proof of claim is enclosed with this notice for your use.

Dated: October 30, 2006                                    Paul R. Warren
                                                            Clerk, U.S. Bankruptcy Court

                                                             By: J. Toms–Fago
                                                             Deputy Clerk

                                                                              **Form claim501**
                                                                                 Doc 23